1  Tyler J. Woods (State Bar No. 232464)
     twoods@trialnewport.com
2  Richard H. Hikida (State Bar No. 196149)
     rhikida@trialnewport.com
3  Scott J. Ferrell (State Bar No. 202091)
     sferrell@trialnewport.com
4  **NEWPORT TRIAL GROUP**
   A Professional Corporation
5  895 Dove Street, Suite 425
   Newport Beach, CA  92660
6  Tel: (949) 706-6464
   Fax: (949) 706-6469
7
   Attorneys for Plaintiff and Counter-Defendant
8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TAWNSAURA GROUP, LLC, | Case No.  SACV12-2003 SJO (AGRx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| USP LABS, LLC | |
| Defendant | |
| USP LABS, LLC | |
| Counter-Claimant, | |
| vs. | |
| THE TAWNSAURA GROUP, LLC | |
| Counter-Defendant | |

1  **TO THE COURT AND ALL PARTIES:**

2  **IT IS HEREBY STIPULATED**, by plaintiff The Tawnsaura Group and

3  defendant USPlabs, LLC, that this Court dismiss this Action with prejudice pursuant to

4  41(a)(1)(A)(ii) as the parties have reached a settlement in this Action.  Each party is to

5  bear its own fees and costs.

7  Dated: March 6, 2013                    NEWPORT TRIAL GROUP

9                                          */s/ Tyler J. Woods*
10                                         Tyler J. Woods
                                           Attorney for Plaintiff

12  Dated: March 6, 2013                   ARNOLD & PORTER LLP

14                                         */s/ Monty Agarwal*
15                                         Monty Agarwal
                                           Attorney for USPlabs, LLC

- 1 -
**STIPULATION FOR DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, I electronically filed the foregoing **STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

　　　　　　　　　　　　　　　　　　　 */s/Tyler J Woods*
　　　　　　　　　　　　　　　　　　　　 Tyler J Woods